# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois  60604

February 1, 2002

**By the Court:**

| | |
|---|---|
| JAMES PROFFITT, Special Administrator of the Estate of WILLIAM R. WOODALL,<br>　　　Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>] |
| No. 00-3229　　　　　　　v. | ] No. 98 C 3182<br>] |
| DEAN R. RIDGWAY, CITY OF PANA, a municipality, BARRY PRUETT, et al.,<br>　　　Defendants-Appellees. | ] Jeanne E. Scott,<br>] 　　Judge.<br>]<br>] |

The opinion of this Court issued on this date is corrected as follows:

The date after "DECIDED" should be "FEBRUARY 1, 2002".